UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALICE ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:23-cv-01930-RLY-MKK |
| | ) |
| EASTERN ACCOUNT SYSTEM OF CONNECTICUT, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

Before the Court is Plaintiff's Status Report, (Dkt. 36), whereby Plaintiff requests 45 days to file a motion for default judgment against Defendant. The Court, having fully considered the matter, hereby **GRANTS** Plaintiff's request. Plaintiff shall have **up to and including March 23, 2026**, to file a motion for entry of default judgment. If Plaintiff does not file a motion by that date, Plaintiff's claims may be subject to dismissal.

So **ORDERED**.

Date: 2/6/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email